Eastern District of Kentucky
FILED

JUN 21 2005

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

NOT FOR PUBLICATION OR CITATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

CIVIL ACTION NO. 05-CV-135-DLB

ANTHONY WASHINGTON     PETITIONER

VS.     **MEMORANDUM OPINION AND ORDER**

EDWARD R. REILLY, JR. ET AL.     RESPONDENTS

The petitioner for this 28 U.S.C. §2241 writ of habeas corpus is confined at the United States Penitentiary-Big Sandy at Inez, Kentucky. Though the plaintiff was confined at Big Sandy, originally this writ was filed in the United States District Court for the District of Columbia. By Transfer Order of April 29, 2005, this action was transferred by the District of Columbia federal district court to this Eastern District of Kentucky federal district court.

The petitioner has previously presented the claims in this writ to the United States District Court for the Eastern District of Kentucky, and his claims have been dismissed. *See Anthony Washington v. Dan L. Dove, Warden, et al.*, Pikeville Civil Action No. 04-CV-335-KKC; and *Anthony Washington v. Dan L. Dove, et al.*, Pikeville Civil Action No. 05-CV-69-DCR. As the petitioner's presently considered writ is duplicitous, it, too, is subject to dismissal.

CONCLUSION

Accordingly, the Court being advised, **IT IS ORDERED** as follows:

1.     All pending motions [Record Nos. 1, 2 and 5] are **DISMISSED** as being moot.

2. This action is **DISMISSED**, *sua sponte*, and judgment shall be entered contemporaneously with this memorandum opinion in favor of the defendants.

This 21st day of June, 2005.



Signed By:
David L. Bunning
United States District Judge